STATE OF NEW JERSEY, EX REL. JACOB HORN, RE-
LATOR, v. REINHART O. OSTERMANN, BUILDING IN-
SPECTOR OF THE TOWNSHIP OF MAPLEWOOD, AND
THE TOWNSHIP OF MAPLEWOOD, RESPONDENTS.

Submitted January 28, 1927—Decided May 13, 1927.

**Zoning—Stores and Apartment-House in Residence District—
Case Within Rule in the Nutley Case.**

On application for *mandamus*.  On demurrer to return to
an alternative writ.

Before GUMMERE, CHIEF JUSTICE, and Mr. Justice TREN-
CHARD.

For the relator, *Zucker & Goldberg* (*Maurice J. Zucker*,
of counsel).

For the respondents, *Samuel D. Williams*.

PER CURIAM.

The relator applied to the building inspector of the town-
ship of Maplewood for a permit to erect a two-story build-
ing to contain stores on the lower floor and apartments on
the second floor.

It appears that the permit was refused solely because the
land in question was within the single or two-family resi-
dence district as established by a zoning ordinance, and that
the building in question was prohibited thereby.

We think that the case is controlled by the case of *State*
v. *Nutley,* 99 *N. J. L.* 389.  That case in the Court of Errors
and Appeals is binding in this court in the absence of modi-
fication in that court, and as yet there has been none.

The relator is entitled to judgment, with costs, and a per-
emptory writ will issue.